*  *  *  *  * UNITED STATES DISTRICT COURT *  *  *  *  *

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

### JUDGMENT IN A CIVIL CASE

**JULIE FEATHERSTONE,**
        **Plaintiff,**

    **vs.**                            **3:17-CV-565 (MAD/DEP)**

**CORNELL UNIVERSITY,**
        **Defendant.**

___**X**___  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues   have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED without leave to amend**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment dismissing this action, all of the above pursuant to the Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 19th day of October, 2017.

**DATE:**  __October 19, 2017__

_Lawrence K. Baerman_
Clerk of Court

S/Britney Norton
By: Deputy Clerk